KASKEL, Appellant, *v.* ZUCKER, Respondent.

(*Common Pleas of New York City and County, General Term.* February 24, 1892.)

Appeal from seventh district court.
Action by Bernhardt Kaskel against George Zucker.

[1] Reargument denied. 18 N. Y Supp 951. *mem.*

Argued before BISCHOFF and PRYOR, JJ.
*J. Martin,* for appellant.   *J. Paunness,* for respondent.
No opinion.   Judgment affirmed, with costs.